**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HAROLD JONES, Chapter 7 Trustee,

           Appellant,

        - against -

CRAIG A. BRAND, and THE BRAND LAW
FIRM, P.A.,

           Appellees.
------------------------------------------------------------X
In re ALICE PHILIPS BELMONTE,

           Debtor.
------------------------------------------------------------X
HAROLD JONES, Chapter 7 Trustee,

           Plaintiff,

        - against -

CRAIG A. BRAND, and THE BRAND LAW
FIRM, P.A.,

           Defendants.
------------------------------------------------------------X

**JUDGMENT**
15-MC-0826 (SJF)


Bankr. Case No. 12-76045(AST)
(Chapter 7)


Adv. Pro. No.: 8:15-8156 (AST)

        An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on November 28, 2017; denying the Movants Craig A. Brand and The Brand Law Firm, P.A.'s motion to withdraw the reference of the underlying adversary proceeding to the bankruptcy court; and directing the Clerk of the court to close this case, it is

        **ORDERED AND ADJUDGED** that the Movants Craig A. Brand and The Brand Law Firm, P.A.'s motion to withdraw the reference of the underlying adversary proceeding to the bankruptcy court is denied; and that this case is closed.

Dated: Central Islip, New York
       November 29, 2017

                                DOUGLAS C. PALMER
                                CLERK OF THE COURT

                   By:    /s/ James J. Toritto
                          Deputy Clerk